# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Dana L. Oldham,

    Plaintiff,

v.                                        Case No. 2:16–cv–1160

Commissioner of Social Security,        Judge Michael H. Watson

    Defendant.                         Magistrate Judge Jolson

## ORDER

On September 28, 2017, United States Magistrate Judge Jolson, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation ("R&R") concerning the disposition of Dana Oldham's ("Plaintiff") Complaint in this Social Security case. The R&R recommended reversing and remanding the decision of the Commissioner of Social Security under Sentence Four of § 405(g).

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court. R&R 11, ECF No. 14. Defendant has filed a response indicating that it

does not object to the R&R. Resp., ECF No. 15. Plaintiff's attorney orally represented to the Court that Plaintiff will not be filing a response to the R&R.

Accordingly, the R&R is **ADOPTED**. The Commissioner's finding is **REVERSED**, and the case is **REMANDED**. The Clerk shall enter final judgment in this case.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**